IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

**SEALED**

v.

**INDICTMENT**

FRANK MYERS

3:01 cr 20 -RV

THE GRAND JURY CHARGES:

COUNTS ONE THROUGH TWENTY-ONE

That on or about the dates listed below, in the Northern District of Florida and elsewhere, the defendant,

**FRANK MYERS,**

did knowingly and willfully possess with the intent to distribute hydromorphone hydrochloride, a Schedule II controlled substance, as specified below:

| COUNT NUMBER | DATE OF OFFENSE |
| --- | --- |
| ONE | MAY 1, 1997 |
| TWO | MAY 19, 1997 |
| THREE | MAY 27, 1997 |
| FOUR | OCTOBER 31, 1997 |
| FIVE | JULY 8, 1998 |
| SIX | AUGUST 17, 1998 |

FILED IN OPEN COURT THIS

2/21/01

CLERK
COURT



| COUNT NUMBER | DATE OF OFFENSE |
|---|---|
| SEVEN | OCTOBER 7, 1998 |
| EIGHT | OCTOBER 21, 1998 |
| NINE | NOVEMBER 18, 1998 |
| TEN | NOVEMBER 28, 1998 |
| ELEVEN | DECEMBER 2, 1998 |
| TWELVE | APRIL 14, 1999 |
| THIRTEEN | APRIL 15, 1999 |
| FOURTEEN | APRIL 18, 1999 |
| FIFTEEN | APRIL 21, 1999 |
| SIXTEEN | MAY 1, 1999 |
| SEVENTEEN | MAY 4, 1999 |
| EIGHTEEN | MAY 5, 1999 |
| NINETEEN | MAY 11, 1999 |
| TWENTY | MAY 12, 1999 |
| TWENTY-ONE | MAY 26, 1999 |

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

**(CRIMINAL FORFEITURE)**

The allegations contained in Counts One through Twenty-One of this indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provisions of Title 21, United States Code, Section 853.

From his engagement in the violations alleged in Counts One through Twenty-One of this indictment, punishable by imprisonment for more than one year, which Counts One through Twenty-One are realleged and incorporated as if more fully set forth herein, the defendant,

**FRANK MYERS,**

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a)(1) and (2), all of his interest in:

    A.    Property constituting or derived from any proceeds the defendant obtained directly or indirectly, as the result of such violation;

    B.    Property used in any manner or part to commit or to facilitate the commission of such violation.

If any of the property subject to forfeiture as a result of any act or omission of the defendant:

    A.    cannot be located upon the exercise of due diligence;

    B.    has been transferred or sold to or deposited with a third person;

    C.    has been placed beyond the jurisdiction of this Court;

    D.    has been substantially diminished in value; or

    E.    has been co-mingled with other property which cannot be

subdivided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

All in violation of Title 21, United States Code, Section 853.

A TRUE BILL:

_____
FOREPERSON

_February 20, 2001_____
DATE

_____
P. MICHAEL PATTERSON
United States Attorney

_____
RANDALL J. HENSEL
Assistant United States Attorney

4

CERTIFIED A TRUE COPY
WILLIAM M. McCOOL, Clerk
By: _____
Deputy Clerk