# U.S. District Court
## Northern District of Florida - District Version 2.5 (Pensacola)
## CRIMINAL DOCKET FOR CASE #: 3:01-cr-00020-RV-ALL
### Internal Use Only

Case title: USA v. MYERS               Date Filed: 02/21/2001

Assigned to: SENIOR JUDGE ROGER VINSON

**Defendant**

FRANK MYERS (1)                represented by   BARRY WILLIAM BEROSET
*TERMINATED: 03/24/2003*                        BEROSET & KEENE - PENSACOLA FL
                                                417 E ZARAGOZA ST
                                                PENSACOLA, FL 32502
                                                850-438-3111
                                                Fax: 850-432-1919
                                                Email: bberoset@bellsouth.net
                                                *TERMINATED: 03/24/2003*
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*
                                                Designation: Retained

**Pending Counts**                              **Disposition**

21:841A=CD.F CONTROLLED                         Custody BOP for a term of 58 months
SUBSTANCE - SELL, DISTRIBUTE,                   on each count w/terms to run
OR DISPENSE                                     concurrently; 6 years Supervised
(1-21)                                          Release on each count w/terms to run
                                                concurrently; $100 SMA each count
                                                (total $2,100.00); $4,000.00 fine

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                           **Disposition**

None

**Highest Offense Level (Terminated)**

None

CERTIFIED A TRUE C...
WILLIAM M. McCOOL...
By: [signature]
Deputy Clerk

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

USA         represented by    RANDALL JOSEPH HENSEL
US ATTORNEY - PENSACOLA FL
NORTHERN DISTRICT OF
FLORIDA
21 E GARDEN ST
STE 400
PENSACOLA, FL 32502
850/444-4000
Fax: 850/435-9389
Email: randy.hensel@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/21/2001 | 1 | MOTION by USA as to FRANK MYERS Requesting An Order Sealing Indictment (laj,Pensacola) Modified on 03/06/2001 (Entered: 02/22/2001) |
| 02/21/2001 | | ENDORSED ORDER as to FRANK MYERS - GRANTING [1-1] Motion Requesting An Order Sealing Indictment. Entered by Magistrate Judge Susan M. Novotny. (laj,Pensacola) Modified on 03/06/2001 (Entered: 02/22/2001) |
| 02/21/2001 | 2 | SEALED INDICTMENT as to FRANK MYERS (1) count(s) 1-21 (Copies sent to AUSA, USPO, USM, RV, MD, JL, IMC, JA) (laj,Pensacola) Modified on 03/06/2001 (Entered: 02/22/2001) |
| 02/21/2001 | 3 | ORDER for issuance of Arrest warrant by Magistrate Judge Susan M. Novotny as to FRANK MYERS - warrant issued. (laj,Pensacola) Modified on 03/07/2001 (Entered: 02/22/2001) |
| 02/21/2001 | 4 | INFORMATION SHEET as to defendant FRANK MYERS in Location Status of LF - Fugitive. (laj,Pensacola) Modified on 03/06/2001 (Entered: 02/22/2001) |
| 02/22/2001 | | **Added Government Attorney RANDALL JOSEPH HENSEL as to FRANK MYERS (laj,Pensacola) Modified on 03/06/2001 (Entered: 02/22/2001) |
| 03/05/2001 | 5 | MOTION by USA as to FRANK MYERS to Unseal Indictment (laj,Pensacola) Modified on 03/06/2001 (Entered: 03/06/2001) |

| Date | # | Description |
|---|---|---|
| 03/05/2001 | | ARREST of FRANK MYERS in Middle District of AL (laj,Pensacola) (Entered: 03/13/2001) |
| 03/06/2001 | | MOTION submission with file to Judge Roger Vinson - Re: [5-1] Motion to Unseal Indictment by USA (laj,Pensacola) (Entered: 03/06/2001) |
| 03/06/2001 | 6 | ORDER by Judge Roger Vinson as to defendant FRANK MYERS - GRANTING [5-1] Motion to Unseal Indictment. Copies sent as noted on document. (laj,Pensacola) Modified on 03/06/2001 (Entered: 03/06/2001) |
| 03/06/2001 | | **Added party US Probation as notice only. (laj,Pensacola) (Entered: 03/09/2001) |
| 03/06/2001 | | Indictment unsealed as to FRANK MYERS (jpl,Pensacola) (Entered: 07/19/2001) |
| 03/07/2001 | 7 | NOTICE of Hearing as to FRANK MYERS, setting date of initial appearance for 2:00 3/9/01 for FRANK MYERS Copies sent as noted on document. (jra,Pensacola) (Entered: 03/07/2001) |
| 03/08/2001 | 8 | Arrest WARRANT Returned Executed as to defendant FRANK MYERS on 3/5/01 (laj,Pensacola) (Entered: 03/08/2001) |
| 03/09/2001 | 9 | INITIAL APPEARANCE Minutes as to FRANK MYERS. Barry Beroset directed to notify the Court within 5 days if he is not retained. Court Reporter: Desi Jura (Defendant informed of rights.) (jra,Pensacola) (Entered: 03/09/2001) |
| 03/09/2001 | | Arraignment Hearing as to FRANK MYERS held Plea not guilty as charged. (jpl,Pensacola) (Entered: 04/09/2001) |
| 03/12/2001 | 10 | STANDING ORDER AND NOTICE TO RETAINED CRIMINAL DEFENSE ATTORNEYS by Judge Roger Vinson as to defendant FRANK MYERS. Copies sent as noted on document. (laj,Pensacola) (Entered: 03/12/2001) |
| 03/12/2001 | 11 | ORDER by Judge Roger Vinson as to defendant FRANK MYERS setting Jury Trial date for 9:00 a.m. on 4/30/01 and Plea agreement deadline to 4/25/01. Copies sent as noted on document. (laj,Pensacola) (Entered: 03/12/2001) |
| 03/12/2001 | 12 | RULE 40 Documents as to FRANK MYERS received from Middle District of AL (laj,Pensacola) (Entered: 03/13/2001) |
| 03/12/2001 | 13 | NOTICE of Discovery Request by FRANK MYERS (laj,Pensacola) (Entered: 03/13/2001) |
| 03/12/2001 | | **Added for FRANK MYERS Attorney BARRY WILLIAM BEROSET (laj,Pensacola) (Entered: 03/13/2001) |
| 03/20/2001 | 14 | MOTION by defendant FRANK MYERS to Extend Time To File Pre-Trial Motions (laj,Pensacola) (Entered: 03/21/2001) |

| | | |
|---|---|---|
| 03/21/2001 | | MOTION submission with file to Judge Roger Vinson - Re: [14-1] motion to Extend Time To File Pre-Trial Motions by FRANK MYERS (laj,Pensacola) (Entered: 03/21/2001) |
| 03/22/2001 | 15 | RULE 7.1(B) CONFERENCE STATEMENT by defendant FRANK MYERS - Re: [14-1] motion to Extend Time To File Pre-Trial Motions by FRANK MYERS (laj,Pensacola) (Entered: 03/22/2001) |
| 03/22/2001 | 16 | MOTION by defendant FRANK MYERS to Suppress Any and all Evidence Obtained as Result of Unlawful Stop of Vehicle on 2/12/99 (laj,Pensacola) (Entered: 03/23/2001) |
| 03/23/2001 | | DOCUMENT Location - Re: [15-1] Rule 7(B) by FRANK MYERS - Sent to RV Chambers - Reason: for review and placement in the file. (laj,Pensacola) (Entered: 03/23/2001) |
| 03/23/2001 | | MOTION submission without file to Judge Roger Vinson - Re: [16-1] motion to Suppress Any and all Evidence Obtained as Result of Unlawful Stop of Vehicle on 2/12/99 by FRANK MYERS (laj,Pensacola) (Entered: 03/23/2001) |
| 03/23/2001 | 17 | ORDER by Judge Roger Vinson as to defendant FRANK MYERS (1) - GRANTING [14-1] Motion to Extend Time To File Pre-Trial Motions. Resetting motions filing deadline to 4/2/01 for FRANK MYERS . Copies sent as noted document. (laj,Pensacola) (Entered: 03/23/2001) |
| 03/29/2001 | 18 | NOTICE of Hearing as to FRANK MYERS - Setting Evidentiary Hearing deadline for 9:30 a.m. on 4/23/01 for FRANK MYERS - Re: [16-1] Motion to Suppress Any and all Evidence Obtained as Result of Unlawful Stop of Vehicle on 2/12/99 Copies sent as noted on document. (laj,Pensacola) (Entered: 03/30/2001) |
| 04/05/2001 | 19 | NOTICE of Potential Schedule Conflict by FRANK MYERS (laj,Pensacola) (Entered: 04/06/2001) |
| 04/06/2001 | | **Added party US MARSHAL SERVICE as notice only. (laj,Pensacola) (Entered: 04/06/2001) |
| 04/06/2001 | | File Returned to Court to Judge Roger Vinson - Re: [19-1] Notice by FRANK MYERS (laj,Pensacola) (Entered: 04/06/2001) |
| 04/06/2001 | | FILE Returned to Clerk from Judge Roger Vinson - Re: [19-1] notice by FRANK MYERS (ok) (laj,Pensacola) (Entered: 04/06/2001) |
| 04/06/2001 | 20 | RESPONSE by USA as to FRANK MYERS re [16-1] motion to Suppress Any and all Evidence Obtained as Result of Unlawful Stop of Vehicle on 2/12/99 (cbj,Pensacola) (Entered: 04/06/2001) |
| 04/06/2001 | | MOTION submission with file to Judge Roger Vinson Re: [16-1] motion to Suppress Any and all Evidence Obtained as Result of Unlawful Stop of Vehicle on 2/12/99 by FRANK MYERS (cbj,Pensacola) (Entered: 04/06/2001) |

| | | |
|---|---|---|
| 04/10/2001 | 21 | ORDER by Judge Roger Vinson as to defendant FRANK MYERS - DENYING [16-1] Motion to Suppress Any and all Evidence Obtained as Result of Unlawaful Stop of Vehicle on 2/12/99. Copies sent as noted on document. (laj,Pensacola) (Entered: 04/10/2001) |
| 04/20/2001 | 22 | Requested VOIR DIRE Questions/Instructions by FRANK MYERS (laj,Pensacola) (Entered: 04/23/2001) |
| 04/25/2001 | 23 | NOTICE of Hearing as to FRANK MYERS, setting change of plea hearing for 10:00 4/26/01 for FRANK MYERS Copies sent as noted on document. (jpl,Pensacola) (Entered: 04/25/2001) |
| 04/25/2001 | 24 | NOTICE of Resolution of Most Conflicts by FRANK MYERS (laj,Pensacola) (Entered: 04/26/2001) |
| 04/26/2001 | 25 | INFORMATION to Establish Prior Conviction(s) as to FRANK MYERS (jpl,Pensacola) (Entered: 04/26/2001) |
| 04/26/2001 | 26 | REARRAIGNMENT Minutes as to defendant FRANK MYERS Court Reporter: Paul Rayborn (jpl,Pensacola) (Entered: 04/26/2001) |
| 04/26/2001 | | PLEA of Guilty: FRANK MYERS (1) count(s) 1-21 Court accepts plea. Sentencing set for 8:15 7/12/01 for FRANK MYERS Court Reporter: Paul Rayborn (jpl,Pensacola) (Entered: 04/26/2001) |
| 04/26/2001 | 27 | NOTICE of Hearing setting sentencing date for 8:15 7/12/01 for FRANK MYERS Copies sent as noted on document. (jpl,Pensacola) (Entered: 04/26/2001) |
| 06/21/2001 | 28 | OBJECTIONS by FRANK MYERS to Presentence Investigation Report (laj,Pensacola) (Entered: 06/22/2001) |
| 06/28/2001 | 29 | NOTICE of Hearing as to FRANK MYERS - Resetting sentencing date for 2:00 p.m. on 7/18/01 for FRANK MYERS . Copies sent as noted on document. (laj,Pensacola) (Entered: 06/29/2001) |
| 07/18/2001 | 30 | SENTENCING Minutes as to defendant FRANK MYERS Court Reporter: Paul Rayborn FRANK MYERS (1) count(s) 1-21. SEE FORMAL JUDGMENT (jpl,Pensacola) (Entered: 07/19/2001) |
| 07/19/2001 | | **Added party, notice only, FINANCE (Tallahassee) (jpl,Pensacola) (Entered: 07/19/2001) |
| 07/19/2001 | 31 | JUDGMENT by Judge Roger Vinson FRANK MYERS (1) count(s) 1-21. Custody BOP for a term of 58 months on each count w/terms to run concurrently; 6 years Supervised Release on each count w/terms to run concurrently; $100 SMA each count (total $2,100.00); $4,000.00 fine Copies sent as noted on document. (jpl,Pensacola) (Entered: 07/19/2001) |
| 07/19/2001 | | **Case closed as to FRANK MYERS (all defendants). (jpl,Pensacola) (Entered: 07/19/2001) |

| 08/10/2001 | 32 | MOTION by defendant FRANK MYERS to Extend Time to Report to Designated Facility (8/29/01) (laj,Pensacola) (Entered: 08/10/2001) |
|---|---|---|
| 08/10/2001 | | MOTION submission with file to Judge Roger Vinson - Re: [32-1] motion to Extend Time to Report to Designated Facility (8/29/01) by FRANK MYERS (laj,Pensacola) (Entered: 08/10/2001) |
| 08/10/2001 | 33 | ORDER by Judge Roger Vinson as to defendant FRANK MYERS granting [32-1] motion to Extend Time to Report to Designated Facility as to FRANK MYERS. Date to report has been extended to 8/22/01. (1) Copies sent as noted on document. (sps,Pensacola) (Entered: 08/10/2001) |
| 08/29/2001 | 34 | JUDGMENT Returned Executed as to FRANK MYERS on 8/22/01 at location: FCI Talladega in Alabama. (laj,Pensacola) (Entered: 08/29/2001) |
| 01/17/2002 | 35 | TRANSCRIPT - Re: [30-1] Sentence Hearing - Transcript Date: 7/18/01 - Court Reporter: W. Paul Rayborn - Number of Pages: 140 + 30 (word usuage) as to defendant FRANK MYERS (laj,Pensacola) (Entered: 01/17/2002) |
| 03/24/2003 | | **Termination of party FRANK MYERS pending deadlines and pending motions as to FRANK MYERS, (tdg,Pensacola) (Entered: 03/24/2003) |
| 02/21/2006 | 36 | Probation Jurisdiction Transferred to United States District Court, Middle District of Alabama, Montgomery, Alabama as to FRANK MYERS Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (jrm, Pensacola) (Entered: 02/27/2006) |